**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 8, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-00865-CV

---

**TREY MELCHER AND YVONNE EVIE MELCHER, TRUSTEES OF THE EVIE MELCHER NON-EXEMPT TRUST, THE EVIE MELCHER EXEMPT TRUST AS PARTNER OF MELCHER INVESTMENTS GENERAL PARTNERSHIP AND S.K. BROTHERS, INC, Appellants**

**V.**

**HARRIS COUNTY AND THE STATE OF TEXAS, ACTING BY AND THROUGH THE TEXAS COMMISSION ON ENVIRONMENTAL QUALITY, Appellees**

---

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2011-52524**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 17, 2012. On December 20, 2012, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Brown, and Busby.